RECEIVED

NOV 09 2022

CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF IOWA

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal No. 3:22-cr-114 |
| | ) | |
| v. | ) | INDICTMENT |
| | ) | |
| AXEL ESCAMILLA, and | ) | T. 8 U.S.C. § 1326(a) |
| ROBERTO ESQUIVIAS-SANDOVAL, | ) | T. 8 U.S.C. § 1326(b)(2) |
| a/k/a Luis Manuel Zamora Briseno, | ) | T. 18 U.S.C. § 2 |
| a/k/a Pedro Esquivias, | ) | T. 21 U.S.C. § 841(a) |
| | ) | T. 21 U.S.C. § 841(b)(1)(A) |
| Defendants. | ) | T. 21 U.S.C. § 841(b)(1)(B) |
| | ) | T. 21 U.S.C. § 841(b)(1)(C) |
| | ) | T. 21 U.S.C. § 846 |
| | ) | |
| | ) | |

**THE GRAND JURY CHARGES:**

**COUNT 1**
**(Conspiracy to Distribute Controlled Substances)**

From a date unknown to the Grand Jury, but at least by August of 2021, and continuing until October 25, 2022, in the Southern District of Iowa, and elsewhere, the defendants, ROBERTO ESQUIVIAS-SANDOVAL, a/k/a Luis Manuel Zamora Briseno, a/k/a Pedro Esquivias, and AXEL ESCAMILLA, conspired with each other and with other persons known and unknown to the Grand Jury to knowingly and intentionally manufacture, distribute, or possess with intent to distribute a controlled substance, namely: 50 grams or more of methamphetamine and 500 grams or more of a mixture and substance containing a detectable amount of methamphetamine, 5 kilograms and more of a mixture or substance containing a detectable amount of cocaine, and 40 grams or more of a mixture or substance containing a detectable amount of N-phenyl-N- [1- ( 2-phenylethyl ) -4-piperidinyl ] propenamide also known

as fentanyl, Schedule II controlled substances, in violation of Title 21, United States Code, Section 841(a)(1).

This is a violation of Title 21, United States Code, Section 846 and 841(b)(1)(A) and (B).

**THE GRAND JURY FURTHER CHARGES:**

**COUNT 2**
**(Distribution of Controlled Substances)**

On or about December 6, 2021, in the Southern District of Iowa, the defendants, ROBERTO ESQUIVIAS-SANDOVAL, a/k/a Luis Manuel Zamora Briseno, a/k/a Pedro Esquivias, and AXEL ESCAMILLA, knowingly and intentionally distributed a controlled substance, namely: 50 grams or more of methamphetamine, and a mixture and substance containing a detectable amount of cocaine, Schedule II controlled substances.

This is a violation of Title 18, United States Code, Section 2, and Title 21, United States Code, Section 841(a)(1), 841(b)(1)(A) and (C).

**THE GRAND JURY FURTHER CHARGES:**

**COUNT 3**
**(Distribution of Controlled Substances)**

On or about December 6, 2021, in the Southern District of Iowa, the defendants, ROBERTO ESQUIVIAS-SANDOVAL a/k/a Luis Manuel Zamora Briseno, a/k/a Pedro Esquivias, and AXEL ESCAMILLA, knowingly and intentionally distributed a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance.

This is a violation of Title 18, United States Code, Section 2, and Title 21, United States Code, Section 841(a)(1) and 841(b)(1)(C).

**THE GRAND JURY FURTHER CHARGES:**

**COUNT 4**
**(Distribution of Controlled Substances)**

On or about January 25, 2022, in the Southern District of Iowa, the defendants, ROBERTO ESQUIVIAS-SANDOVAL a/k/a Luis Manuel Zamora Briseno, a/k/a Pedro Esquivias and AXEL ESCAMILLA, knowingly and intentionally distributed a controlled substance, namely: 50 grams or more of methamphetamine and 500 grams or more of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance

This is a violation of Title 18, United States Code, Section 2, and Title 21, United States Code, Section 841(a)(1) and 841(b)(1)(A).

**THE GRAND JURY FURTHER CHARGES:**

**COUNT 5**
**(Distribution of Controlled Substances)**

On or about April 19, 2022, in the Southern District of Iowa, the defendant, ROBERTO ESQUIVIAS-SANDOVAL a/k/a Luis Manuel Zamora Briseno, a/k/a Pedro Esquivias, knowingly and intentionally distributed a controlled substance, namely: 50 grams or more of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance

This is a violation of Title 18, United States Code, Section 2, and Title 21, United States Code, Section 841(a)(1) and 841(b)(1)(A).

**THE GRAND JURY FURTHER CHARGES:**

**COUNT 6**
**(Possession of Controlled Substance with Intent to Distribute)**

On or about October 25, 2022, in the Southern District of Iowa, the defendant, ROBERTO ESQUIVIAS-SANDOVAL a/k/a Luis Manuel Zamora Briseno, a/k/a Pedro Esquivias, knowingly and intentionally possessed with the intent to distribute a controlled substance, namely: 500 grams and more of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance.

This is a violation of Title 18, United States Code, Section 2, and Title 21, United States Code, Section 841(a)(1) and 841(b)(1)(B).

**THE GRAND JURY FURTHER CHARGES:**

**COUNT 7**
**(Illegal Reentry)**

On or about October 25, 2022, in the Southern District of Iowa, the defendant, ROBERTO ESQUIVIAS-SANDOVAL a/k/a Luis Manuel Zamora Briseno, a/k/a Pedro Esquivias, an alien who previously had been arrested and deported and removed on one or more occasions to his native country of Mexico, subsequent to a conviction for an aggravated felony, and having thereafter knowingly and unlawfully reentered the United States, was found in the United States, said defendant not having obtained the consent or permission of the Secretary for Homeland Security, to reapply for admission into the United States.

This is a violation of Title 8, United States Code, Sections 1326(a) and 1326(b)(2).

**A TRUE BILL.**

____________________________
FOREPERSON

Richard D. Westphal
United States Attorney

By: ____________________________
Clifford R. Cronk III
Assistant United States Attorney